```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
```

CANCEL SANTOS
                                              PRISONER
     v.                              Case No. 3:14CV1380(AWT)

WARDEN CHAPDELAINE

### ORDER

On September 22, 2014, the petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging 2012 Connecticut convictions for sexual assault and risk of injury to a minor.  The first page of the Petition lists the petitioner's name as Cancel Santos #250492.  Attached to the Petition, however, is a letter addressed to Santos Cancel, No. 250492, from the attorney who represented the petitioner in the direct appeal of his conviction.  In addition, the order denying the petition for certification to appeal to the Connecticut Supreme Court lists the petitioner's name as Santos Cancel.

On September 24, 2014, the petitioner filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The first page of the Amended Petition lists the petitioner's name as Cancel Santos #250492.  The Amended Petition is signed, however, by Santos Cancel.  State of Connecticut Department of Correction records attached to the Application to Proceed *In Forma Pauperis*, [Doc. No. 2] reflect that the petitioner's name is Santos Cancel.

Because the petitioner's name was listed on the Petition for

Writ of Habeas Corpus as Cancel Santos, the Clerk opened the case under that name. **It is apparent to the Court based on state court and Department of Correction documents submitted by the petitioner that the petitioner's first name is Santos and his last name is Cancel.** In addition, reported decisions by the Connecticut Supreme and Appellate Courts addressing the appeals of the petitioner's 2011 convictions reflect that the petitioner's name is Santos Cancel. *See State v. Cancel*, 149 Conn. App. 86, 87 A.3d 618, *cert. denied*, 311 Conn. 954, 97 A.3d 985 (2014)

In view of these facts, the petitioner is directed to file a **Second Amended Section 2254 Habeas Corpus Petition form that lists his FIRST NAME followed by his LAST NAME on the first page. The petitioner shall return to this court the completed amended petition within twenty days of the date of this order. The Clerk shall send the petitioner an Amended Petition for Writ of Habeas Corpus form with a copy of this Order as well as a copy of the First Amended Petition, [Doc. No. 5-2]**

It is so ordered.

Dates this 15th day of October 2014, at Hartford, Connecticut.

                                                    /s/AWT
                                       Alvin W. Thompson
                               United States District Judge